**Patricia Ann Hoffmann**

**Subject:**                 FW: Concerns

Patricia Hoffmann
HR Business Partner
Office of Human Resources
**Northwestern University**
720 University Place
Evanston, Illinois 60201
Patricia.hoffmann@northwestern.edu
847.491.3650

**From:** Melissa Weidman
**Sent:** Monday, February 24, 2020 9:40 AM
**To:** Patricia Ann Hoffmann <patricia.hoffmann@northwestern.edu>
**Subject:** FW: Concerns

Begin forwarded message:

> **From:** "Lyons, Matthew" <mattlyons@cps.edu>
> **Date:** February 22, 2020 at 2:24:12 PM CST
> **To:** Timothy Dohrer <tdohrer@northwestern.edu>, David N Figlio <figlio@northwestern.edu>
> **Subject: Concerns**
>
> Hi David and Tim,
>
> I hope you've both been well. Unfortunately, I'm reaching out today with some concerns I wanted to raise with you about Dr. Hayes' social media usage and the impact that it is having on CPS.
>
> To be specific, over at least the past several months, Dr. Hayes has made public posts on Facebook which disparage CPS and question the motives and competence of our leadership, including CEO Jackson by name. Of course, Dr. Hayes is entitled to her opinions, and she has undisputed rights to express them personally. I am also pretty used to us being criticized publicly.
>
> The challenge here is that it is interfering with our work, and I think yours as well. Dr. Hayes is in charge of school partnerships for NU students. You and I have previously discussed our mutual desire for a closer partnership between CPS and NU, especially in the teacher preparation area. We have worked hard, oftentimes with Dr. Hayes, to make this happen: streamlining processes, collaborating on changes, and hopefully increasing the likelihood that NU students are placed for student teaching in CPS schools.
>
> But this mission is being compromised by these posts. Posting comments about the devastating situation at Lincoln Park HS -- the details of which Dr. Hayes is not at all familiar -- is unhelpful at the least. Further, promoting online petitions advocating more CPS oversight, posting questions like "which CPS school will have a scandal this week?", and using hashtags like #aspensucks about our new student information systems are not the hallmarks of a partner. In the fall she posted, "then Janice Jackson and

1

Ex. 4

CPS should stop the inaccurate rhetoric about the longer day and year because they spout it All. The. Time."

Again, Dr. Hayes has every right to express her opinion. But I am confident she is NOT an authority on any of these topics. On the other hand, she IS an authority figure for NU students. How many of them are seeing her posts? How is it affecting their choices? When she shows up as a partner at our convenings or our schools, how are our staff supposed to view her?

Ultimately, Dr. Hayes' online activity was brought to my attention by several CPS principals who have had or would have liked to have NU student teachers. They have expressed to me their desire not to host them moving forward because they believe Dr. Hayes' presence would expose their school to potential reputational risk online.

I am happy to discuss further if you think it would be helpful, otherwise I will leave this in your hands to address as you believe appropriate.

Thank you for your attention and consideration.
Matt

--
_____

Matt Lyons
Chief Talent Officer | Chicago Public Schools
mattlyons@cps.edu | (773) 553-2520

2