# Northwestern

## REQUEST FOR TERMINATION

| | |
|---|---|
| **Employee Name:** Kathleen Hayes | |
| **Date of Hire:** 09/20/2016 | **Employee ID:** 2166666 |
| **Job Title:** Senior Coord School Partnerships | **Department:** School of Education and Social Policy, MSED |
| **Date Requested:** 02/27/2020 | **Supervisor:** Tim Dohrer |

**List Prior Corrective Action Steps (Coaching conversations, Performance Improvement Plans, Written Warnings, Final Written Warnings):**

| | |
|---|---|
| Coaching conversation with Tim regarding complaint from Maine Township High School HR Director, which resulted in Maine Township not wanting to partner with NU/MSHE for student placements | Date: May 2017 |
| Multiple coaching conversations with Tim and Dir of Admin regarding conflict with co-worker (mandatory mediation, implementation of better communication techniques, and Crucial Conversations training) | Date: Dec 2017 |
| Multiple coaching conversations with Tim regarding unacceptable email communication with Lindblom Math & Science Academy. The department chair (DC) and mentor teacher (MSED alum) was irate with the language and tone Kathleen used in emails she sent regarding why students were not being placed at Lindblom. A direct quote from follow-up emails regarding the situation included this statement: "When he received your email, my department chair was so appalled by your flawed and implicitly biased description of our school and our students that he interrupted my class to discuss who we should proceed. If I didn't have other connections to the program, I would have recommended to him that we recruit student teachers from UIC instead of Northwestern in the future." Miriam Sherin (Assoc Provost for Undergraduate Education) also voiced concern over the incident and Kathleen's tone/communication with Lindblom. | Date: June 2018 |

**Termination has been requested for the following reasons (provide detailed reason for seriousness of policy or procedure violation or deficiency in performance resulting in request for termination):**

We are requesting termination because, over the past several years, Kathleen has demonstrated by way of her communication style and conduct that she is unable to effectively perform her role. Dean David Figlio and Tim Dohrer recently received an email from the Chief Talent Officer of Chicago Public Schools (CPS) regarding months of disparaging posts about CPS schools and leadership made on social media by Kathleen. The outreach references complaints by several school principals and expresses the view that her posts – critical of CPS and its leadership – are interfering with our work with CPS and compromising the mission. This conduct is in direct conflict with her role at SESP/Northwestern, which requires her to be a collaborative and trusted partner with CPS, as approximately half of our student placements are in CPS. It is clear that her posts are perceived as antagonistic and damaging to the relationship between SESP and CPS. Furthermore, as result of Kathleen's actions, we were informed that several CPS principals who would have otherwise liked to host Northwestern student teachers, now prefer not to do so.

As a result of the negative impact that Kathleen has had on the extremely important partnership that SESP has with CPS and our educational partners, we request termination at this time. Our program cannot afford to further compromise our valued relationship with CPS (or any other districts) and Kathleen's behavior has had a direct negative impact on that relationship and other relationships within the community.

| | |
|---|---|
| **Supervisor Signature:** Timothy A. Dohrer | |
| cc:   Human Resources Consultant<br>        Employee File | **Date: 03/03/2020** |

Ex. E