Monday, June 25, 2018 at 8:47:00 AM Central Daylight Time

**Subject:** Fwd: Possible NU student teacher - please let me know if you're willing to consider

**Date:** Thursday, June 21, 2018 at 7:44:28 PM Central Daylight Time

**From:** Miriam G Sherin

**To:** Timothy Dohrer

**CC:** Coleen T Coleman

Hi Tim - I have concerns about some of Kathleen's comments in the correspondence below between Kathleen and Katie Hollerbach this week. Katie shared the messages w/me.

Could we meet on Monday to talk about this? I'm copying Coleen on the message in the hopes that she can join us.

I'm free Monday except 11-12 and 4-5 (I could change my 11-12 meeting if needed)
Thanks

-Miriam

> Begin forwarded message:
>
> **From:** "Hollerbach, Kathryn" <kahollerbach@cps.edu>
> **Subject: Fwd: Possible NU student teacher - please let me know if you're willing to consider**
> **Date:** June 18, 2018 at 1:10:35 PM CDT
> **To:** Miriam Sherin <msherin@northwestern.edu>
>
>
> ---------- Forwarded message ----------
> **From: Kathleen Therese Hayes** <kathleen.hayes@northwestern.edu>
> Date: Mon, Jun 18, 2018 at 10:08 AM
> Subject: Re: Possible NU student teacher - please let me know if you're willing to consider
> To: "Hollerbach, Kathryn" <kahollerbach@cps.edu>
> Cc: Peter Van <pavan@cps.edu>
>
>
> Thanks, Katie.
>
> I don't doubt for a second that Lindblom provides rich learning experiences for student teachers; I
> worked with several Lindblom teachers via another professional role several years ago and know the
> school and its teachers are top-notch. I very much wish we could place more students there, but both
> logistical constraints and a large number of students who have expressed a preference for suburban
> schools have influenced our placements since I came on board in 2016. This year in particular we have
> a predominance of students without cars and who live in Evanston (year to year, this is something we
> can't predict ahead of time). The commute on CTA to Lindblom from Evanston would be more than 90
> minutes; we aim for a 50-minute maximum one-way commute time.

*[handwritten margin note:]* Feels negative to CPS — Sends like we agree suburban schools are better?

> Additionally, we have made enhancements to our program in the last 18 months, including a linked
> placement, i.e., student is in same school and with the same mentor teacher(s) for practicum and
> student teaching; in turn, that means student teacher/mentor teacher/school fit is more important

*[handwritten:]* Ex. [symbol] **Page 1 of 6**


*Worrying schools negotiate toward CPS*

than ever. We are also being more mindful of student teachers' commute times. When I joined the program in September 2016, some of our students had commutes of more than 1 hour to their school sites, which adds unnecessary stress to the student teaching experience. Also, some students are also more invested in serving CPS students than others are, and I am loathe to place a student at a school if they are not 100 percent on board with it; doing so can short-shrift the students in those schools, and I want to be mindful that kids are at the "end" of all of our efforts.

*Yes, we will place students if they ensure*

At the end of the day, I want to ensure that all the pieces align in the best way possible when placing students. Lindblom is always on our list of preferred schools, and I hope we can place at least one student there for 2019-20.

Warm regards,

Kathleen

Kathleen T. Hayes, Ed.D.

Senior School Partnerships Coordinator

Master of Science in Education Program

Northwestern University

618 Garrett Place

Evanston, IL 60208

847-491-8173 (office)

847-467-1458 (general office)

847-467-2495 (fax)

www.sesp.northwestern.edu/msed

msedprogram@northwestern.edu

Pronouns: She/her/hers

What I'm reading:

The South Side by Natalie Moore

Americanah by Chimamanda Ngozi Adichie

**From:** "Hollerbach, Kathryn" <kahollerbach@cps.edu>
**Date:** Monday, June 18, 2018 at 9:46 AM
**To:** Kathleen Therese Hayes <kathleen.hayes@northwestern.edu>
**Cc:** Peter Van <pavan@cps.edu>

**Subject:** Re: Possible NU student teacher - please let me know if you're willing to consider

Hi Kathleen,

Not a problem, thanks for updating us! And I do hope you will keep us in mind for future student teachers. Lindblom has always had a strong relationship with Northwestern in terms of student teachers; Mary Gajewski was always so proud and delighted to place students here and I think we have a really great track record of supporting new teachers. Both Peter and myself are NU grads (and I student taught here at Lindblom when I was in the program 8 years ago); we also have 2 other teachers in our department who are NU grads and who student taught at Lindblom then were hired here. In fact, we've had an NU student teacher every year since 2006, except for last year. I understand that having a car is an important consideration, however since that hasn't been an issue prior to last year, I hope it also won't be moving forward.

Thanks so much!

Katie

On Mon, Jun 18, 2018 at 8:56 AM, Kathleen Therese Hayes <kathleen.hayes@northwestern.edu> wrote:

Hi, Katie:

Thank you for your willingness and enthusiasm! I had not interviewed the candidate yet when I contacted you, so I wasn't aware that she will live in Evanston – which makes Lindblom a bit too long of a commute.

In addition, because of the time crunch involved with this candidate's placement, I sent her file to two other schools at the same time that I reached out to you. Both are in the process of trying to find a mentor teacher for her, so I suspect we'll end up with a placement for her at one or the other.

However, I will definitely keep you in mind for next year. You might recall that many of our students live in Evanston and don't have cars, which is why we don't place at Lindblom very often. If the stars align and we have a candidate next year who lives close enough to Lindblom, has a car and has the right outlook and mindset, I won't hesitate to get in touch with you.

Have a restful summer!

Kathleen

Kathleen T. Hayes, Ed.D.

Senior School Partnerships Coordinator

Master of Science in Education Program

Northwestern University

618 Garrett Place

Evanston, IL 60208

847-491-8173 (office)

847-467-1458 (general office)

847-467-2495 (fax)

www.sesp.northwestern.edu/msed

msedprogram@northwestern.edu

Pronouns: She/her/hers

What I'm reading:

The South Side by Natalie Moore

Americanah by Chimamanda Ngozi Adichie

---

**From:** "Hollerbach, Kathryn" <kahollerbach@cps.edu>
**Date:** Monday, June 18, 2018 at 7:52 AM
**To:** Kathleen Therese Hayes <kathleen.hayes@northwestern.edu>, Peter Van <pavan@cps.edu>
**Subject:** Re: Possible NU student teacher - please let me know if you're willing to consider

Hi Kathleen!

Thank you so much for thinking of us - we would love to have a student teacher! I have cc'ed Peter Van, my department chair, on this email as well. Just to clarify - would she be observing in the fall and student teaching in the winter? Feel free to send over her resume and any other information - and also let us know what you need from us.

Thanks again!

Katie

On Mon, Jun 11, 2018 at 12:29 PM, Kathleen Therese Hayes <kathleen.hayes@northwestern.edu> wrote:

Hi, Katie:

We have a last-minute social studies student to place; her advisor forgot to inform me back in April that she needs a placement, so deep apologies for the last-minute request.

I recalled that you expressed interest awhile back. This student will be coming in today to meet with me and should have her resume, etc., ready to send off by Wednesday. She has a car and hasn't selected a neighborhood to live in yet, so if I can steer her toward the city and Near North, that would make for a relatively easy commute to Lindblom.

Please let me know if you're interested.

Thanks, Katie.

Kathleen

Kathleen T. Hayes, Ed.D.

Senior School Partnerships Coordinator

Master of Science in Education Program

Northwestern University

618 Garrett Place

Evanston, IL 60208

847-491-8173 (office)

847-467-1458 (general office)

847-467-2495 (fax)

www.sesp.northwestern.edu/msed

msedprogram@northwestern.edu

Pronouns: She/her/hers

What I'm reading:

The South Side by Natalie Moore

Americanah by Chimamanda Ngozi Adichie